No. 915. NORTHWESTERN BANDS OF SHOSHONE INDIANS *v.* UNITED STATES. May 29, 1944. Petition for writ of certiorari to the Court of Claims granted. *Messrs. Ernest L. Wilkinson, Joseph Chez,* and *John W. Cragun* for petitioners. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Mr. Norman MacDonald* for the United States. *Mr. Grover A. Giles,* Attorney General, and *Mr. Bert H. Miller,* Attorney General, on behalf of the States of Utah and Idaho, respectively, filed briefs, as *amici curiae,* in support of the petition.

No. 927. WALLACE CORPORATION *v.* NATIONAL LABOR RELATIONS BOARD; and

No. 928. RICHWOOD CLOTHESPIN & DISH WORKER'S UNION *v.* NATIONAL LABOR RELATIONS BOARD. May 29, 1944. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Mr. Lyle M. Allen* for petitioner in No. 927. *Mr. Charles S. Rhyne* for petitioner in No. 928. *Solicitor General Fahy, Mr. Alvin J. Rockwell,* and *Miss Ruth Weyand* for respondent. Reported below: 141 F. 2d 87.

No. 958. FORD MOTOR CO. *v.* DEPARTMENT OF TREASURY OF INDIANA ET AL. May 29, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Merle H. Miller* for petitioner. *Messrs. James A. Emmert, Winslow Van Horne,* and *John J. McShane* for respondents.

No. 779. TUNSTALL *v.* BROTHERHOOD OF LOCOMOTIVE FIREMEN & ENGINEMEN ET AL. May 29, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Mr. Charles H. Houston*